AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
Email: rdsilva@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANNY GWYN,<br><br>Plaintiff,<br><br>v.<br><br>JAMES SCALLY, *et al.*,<br><br>Defendants | Case No. 3:25-cv-00084-MMD-CSD<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Danny Gwyn, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 28th day of April, 2026.

By: _____
Danny Gwyn (NDOC# 1003154)
Plaintiff, Pro Se

DATED this 28th day of April, 2026.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____

DATED:    May 18, 2026
_____